JOHNSON, J.,
dissents and assigns reasons.
| [The evidence in this matter indicated that the Petitioner, Andrea O. Nathan, has never had any disciplinary problems at the schools she attended — UNO for one semester, Nicholas State University, LSU Law School for one semester, LSU paralegal studies, and Southern University Law Center. She has had no problems with any of her employers — various attorneys including a bankruptcy trustee, for whom she worked as a paralegal. She has an absolutely clean criminal record. A number of letters admitted into evidence attest to her good character. During her years of schooling and in the workforce, she has had a long and admirable record of dedication to helping the less fortunate. The Commissioner, who heard this case, noted that the Petitioner has continued a record of good works.
I can only conclude that the Petitioner’s conduct herein was a complete aberration and would grant her conditional admission, with a probation period of two (2) years, and fifteen Mandatory Continuing Legal Education hours in ethics and professionalism.